

# Nelnet Privacy Policy Mission Statement

**Effective Date: August 11, 2021**

# Online Privacy Policy

***Continue reading below to learn about our privacy practices that apply to users of our website and app.***

Nelnet operates the Nelnet mobile app(s) and Nelnet.com. This Privacy Policy informs you of our policies and procedures regarding the collection, use, and disclosure of personal information we receive from users of the website and mobile app(s). This policy applies to visitors of the website from the U.S. This policy does not apply to information provided to any third-party service provider(s) related to or whose services are incorporated into the website; information you provide to third parties is controlled by their respective privacy policies.

We are committed to providing a useful and enjoyable online experience. This policy explains our collection and use practices regarding consumer information, including how and what we share with our related companies and with unrelated entities. Protecting your privacy is important to Nelnet and our employees. We want you to understand what information we collect and how we use it.

This policy is subject to change from time to time, so be sure to check back occasionally to ensure you've read the most current version. It is effective as of the date listed above and applies to our services that link to this policy. Even if you read and/or agreed to a prior privacy statement, you need to review this updated version. We reserve the right at any time, and in our sole discretion, to change or modify this Online Privacy Policy. If any such changes or modifications are made, we will update the "Effective Date" appearing at the top of this web page. These changes or modifications are effective immediately upon posting to the website, and supersede any prior versions of this policy.

This policy governs the privacy policies of this website or the Nelnet mobile app(s) only. Other divisions, affiliates, and subsidiaries of Nelnet list their privacy practices on their respective websites.

We do not sell personal information to third parties. All personal information collected is used by us or our affiliates to perform services, comply with laws or carry out internal functions. If you are a California Resident and you would like to inquire about what type of personal information has been collected about you please email AskPrivacy@nelnet.net (mailto:AskPrivacy@nelnet.net).

 **— Our Security Procedures**

## 🔒 Our Security Procedures

We are committed to providing you a useful and enjoyable online experience. We implement reasonable and appropriate physical, procedural, and electronic safeguards to protect your information.

To access information and send email via the website, you will need a browser that supports the use of Secure Sockets Layer. This encryption technology helps ensure the authenticity of your online sessions and secures data transmitted over the public Internet.

Nelnet takes careful steps to safeguard customer information. We restrict access to your personal and account information to employees who need to know the information to provide services to you, and we regularly train our employees on privacy, information security, and their obligation to protect your information. We maintain reasonable and appropriate physical, electronic, and procedural safeguards to guard your Nonpublic Personal Information (NPI) and Personally Identifiable Information (PII), and we regularly test those safeguards to maintain the appropriate levels of protection.

You can help safeguard your NPI and PII by taking a few simple precautions. Protect your account numbers, passwords, and customer access numbers. Never disclose confidential information to unknown callers. You should always use a secure browser and current virus detection software, and never open email from unknown sources.

Back to Top  ↑ (/privacy-and-security#tabs-top)

**➕ Children's Privacy**

**➕ Links to Other Websites and Services**

**➕ How to Contact Us**

Online Policy FAQs (/online-policy-faqs)



# Access Your Account

Log In
(https://secure.nelnet.net/)

# Contact Us



Email (/email-us)    Mail (/contact/#mail)



## Call Us at
888.486.4722

## Student Loans

Home (/)

Log In (/account/login)

Contact Us (/contact)

Your Student Loans (/your-student-loan-servicer)

Stages of a Student Loan (/stages-of-a-student-loan)

Loan Consolidation (/loan-consolidation)

Calculator (https://studentloans.gov/myDirectLoan/mobile/repayment/repaymentEstimator.action)

Get Financially Fit (/get-financially-fit)

About Identity Theft (/identity-theft)

Alternative Formats (/alternative-formats)

Federal Student Loans 101 (/federal-student-loans-101)

Financial Aid Professionals (/school-services)

Department of Education Accessibility Statement (/ed-accessibility-statement)

Lenders (https://lwr.nelnet.net/login.aspx?ReturnUrl=/)

Videos and Tutorials (/videos-and-tutorials)

FAQs (/faqs)

## Our Business

NelnetInc (https://nelnetinc.com/)

Nelnet Business Services (https://nelnetinc.com/nbs/)

Nelnet Diversified Services (https://nelnetinc.com/nds/)

Asset Management (https://nelnetinc.com/nelnet-financial-services/)

Other Nelnet Companies & Affiliates (https://nelnetinc.com/additional-businesses/)

## Corporate

About Nelnet (https://nelnetinc.com/about/)

Investors (https://nelnetinc.com/investors/)

News (https://nelnetinc.com/news/)

Careers (https://nelnetinc.com/careers/)

Giving Back (https://nelnetinc.com/nelnet-serves/)

Terms of Use (/terms-of-use)

Code of Conduct (/code-of-conduct)

Privacy & Security (/privacy-and-security)

Site Map (/site-map)

## Connect With Us

 Facebook (https://www.facebook.com/nelnet)

 Twitter (https://twitter.com/nelnet)

 LinkedIn (https://www.linkedin.com/company/nelnet)

**WARNING**
This system may contain government information, which is restricted to authorized users ONLY. Unauthorized access, use, misuse, or modification of this computer system or of the data contained herein or in transit to/from this system constitutes a violation of Title 18, United States Code, Section 1030, and may subject the individual to civil and criminal penalties. This system and equipment are subject to monitoring to ensure proper performance of applicable security features or procedures. Such monitoring may result in the acquisition, recording, and analysis of all data being communicated, transmitted, processed, or stored in this system by a user. If monitoring reveals possible evidence of criminal activity, such evidence may be provided to law enforcement personnel.

*ANYONE USING THIS SYSTEM EXPRESSLY CONSENTS TO SUCH MONITORING.*

© 2011-2020 Nelnet, Inc. and Affiliates. All Rights Reserved (Nelnet Servicing, LLC NMLS ID# 1508613, NMLS Consumer Access (http://www.nmlsconsumeraccess.org/))