IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT CARLSON, on behalf of himself and all others similarly situated;<br><br>        Plaintiff,<br><br>  vs.<br><br>NELNET SERVICING, LLC,<br><br>        Defendant. | 4:22-CV-3184<br><br>REASSIGNMENT ORDER |

IT IS ORDERED that in the interest of judicial economy, this case is reassigned to Magistrate Judge Cheryl R. Zwart for judicial supervision and remains assigned to District Judge John M. Gerrard for disposition.

Dated this 12th day of September, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge